UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDALL PARKER
    Plaintiff,

v.

UNITED STATES OF AMERICA
    Defendant.

No. 3 07 0520
Judge Campbell

MEMORANDUM

The plaintiff, proceeding *pro se*, is an inmate at the United States Penitentiary in Jonesville, Virginia. He brings this action against the United States of America, "seeking compensation damages but not injunction relief or release from custody". Complaint at pgs. 2-3.

The plaintiff is currently serving a life sentence for various drug related offenses. United States v. Randall Parker; Criminal Action No. 3:02-00053 (M.D. Tenn.). He claims that a federal prosecutor engaged "in an unlawful act that had lead [*sic*] to his arrest and conviction". Complaint at pg. 3.

In order for the plaintiff to obtain relief for an allegedly unconstitutional conviction, he must allege and prove that the conviction has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such a determination, or called into question by a federal court's issuance of a writ of habeas corpus. Heck v.

Humphrey, 114 S.Ct. 2364, 2372 (1994). Heck has been held to apply in those situations in which a federal conviction is being challenged, as is the case here. See Robinson v. Jones, 142 F.3d 905, 906-907 (6th Cir.1998).

There is nothing in the complaint to suggest that the plaintiff's conviction has been overturned or otherwise declared invalid prior to the initiation of the instant action. To the contrary, the plaintiff's conviction was recently affirmed on appeal (Docket Entry No. 684). The case, however, has been remanded back to this Court where the plaintiff is scheduled for resentencing on May 18, 2007 (Docket Entry No. 704). Thus, the plaintiff's claims are not yet cognizable in an action for damages.

At this time, the plaintiff has failed to state a claim upon which relief can be granted. Consequently, the Court is obliged to dismiss the complaint sua sponte without prejudice. 28 U.S.C. § 1915(e)(2); Lanier v. Bryant, 332 F.3d 999, 1005-1006 (6th Cir. 2003)(district court properly dismissed a complaint seeking damages arising out of plaintiff's conviction before the plaintiff had his conviction set aside).

An appropriate order will be entered.

*Todd Campbell*
Todd Campbell
United States District Judge